IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MIDATLANTIC SITE SERVICES, LLC., ET AL., <br><br> Defendant. | Civil Action No. 1:14CV1281 |

**ORDER**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated July 17, 2015. Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that a default judgment be entered against Defendant Midatlantic Site Services, LLC in favor of Plaintiffs in the total amount of $6,790.01, which includes attorney's fees in the amount of $5,794.95 and $628.00 isn costs. It is

FURTHER ORDERED that Defendant Midatlantic Site Services, LLC, its officers, agents, servants, employees, attorneys, and

all persons acting on its behalf or in conjunction with them, to submit to an audit of its wage, payroll, personnel records and project records for all periods for which the Defendant is obligated to contribute to the Plaintiffs. Plaintiff shall choose a Certified Public Accountant for audit and Defendant Midatlantic Site, LLC is obligated to pay the reasonable costs thereof, and it is

FURTHER ORDERED that Defendant Midatlantic Site Services, LLC is enjoined to submit complete and accurate remittance reports containing information such as: (1) all employees for whom contributions are due; (2) the hours worked by employees; (3) the hours for which employees were paid; (4) the gross earnings of employees; and (5) the contributions due to the Plaintiffs.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 3, 2015